Jonathan D. Daugherty
jdaugherty@friedmanwittenstein.com
Friedman & Wittenstein, A Professional Corporation
1345 Avenue of the Americas, 2nd Floor
New York, NY  10105

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUS ET CIE <br><br> v. <br><br> JANICE FELDMAN | **CASE NUMBER** <br><br> 2:23-cv-06000-PA-AS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | | |
|---|---|---|
| Daugherty, Jonathan D. | of | Friedman & Wittenstein, A Professional Corporation |
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 1345 Avenue of the Americas, 2nd Floor |
| (212) 750-8700          (212) 223-8391 | | New York, NY  10105 |
| *Telephone Number*          *Fax Number* | | |
| jdaugherty@friedmanwittenstein.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Janus et Cie

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

| | | |
|---|---|---|
| Blum, Fred M. | of | Edlin Gallagher Huie + Blum |
| *Designee's Name (Last Name, First Name & Middle Initial* | | 515 S. Flower Street, Suite 10120 |
| SBN 101586     (213)444-7218     (213)652-1992 | | Los Angeles, CA  90071 |
| *Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number* | | |
| fblum@eghblaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☒ because     The Court does not accept electronic signatures.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated:** ~~Click here to enter a date.~~
July 31, 2023

_____
**U.S. District Judge/U.S. Magistrate Judge**