FRED M. BLUM (SBN 101586)
fblum@eghblaw.com
LISA M. STEVENSON, ESQ. (SBN 228338)
lstevenson@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

STUART I. FRIEDMAN (Admitted Pro Hac Vice)
sfriedman@friedmanwittenstein.com
IVAN O. KLINE (Admitted Pro Hac Vice)
ikline@friedmanwittenstein.com
JONATHAN D. DAUGHERTY (Pro Hac Vice Application Pending)
jdaugherty@friedmanwittenstein.com
FRIEDMAN & WITTENSTEIN
A Professional Corporation
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Telephone: (212) 750-8700
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Plaintiff
JANUS ET CIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUS ET CIE,<br><br>  Plaintiff,<br><br>  vs.<br><br>JANICE FELDMAN,<br><br>  Defendant. | Case No. 2:23-cv-06000-PA-AS<br><br>**STIPULATION OF PARTIES REGARDING TIMING OF PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTERCLAIM AND ORDER** |

5441155

1

STIP RE RESPONSE TO PLF RESPONSE TO COUNTERCLAIM

Plaintiff JANUS et Cie ("Janus"), by and through its attorneys, Edlin Gallagher Huie + Blum and Friedman & Wittenstein, A Professional Corporation, and Defendant JANICE FELDMAN ("Feldman"), by and through her attorney, the Law Offices of Stephen S. Smith, a Professional Corporation, stipulate and agree as follows:

## FACTS SUPPORTING GOOD CAUSE

1. On June 28, 2023, Plaintiff filed its Complaint in Los Angeles County Superior Court.  On July 25, 2023, Feldman removed the action to this United States District Court.

2. On August 9, 2023, Feldman filed a motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).  On that same date, Feldman filed a Counterclaim alleging multiple claims against Plaintiff.

3. After receiving the Counterclaim, Plaintiff met and conferred with Defendant, via telephone and email, regarding whether the filing of the Counterclaim was proper pursuant to the FRCP.

4. Plaintiff contended that a counterclaim can only be filed, without leave of court, in conjunction with an answer to the underlying complaint. Defendant disagreed and no agreement has been reached.

5. Instead of opposing the motion to dismiss, Plaintiff has chosen to file an amended complaint, which is being filed on August 30, 2023.  Upon being notified that an Amended Complaint was being filed, Defendant stated that they will also be filing an Amended Counterclaim.  As a result, Feldman has agreed that Plaintiff need not respond to the original counterclaim

6. Defendant also informed Plaintiff that based on his understanding of the contents of the Amended Complaint it is likely that Defendant will be filing a

5441155

motion to dismiss.  The filing of the Amended Counterclaim raises the same procedural issues discussed in paragraphs 1 and 2 above.

7.  In order to properly organize the proceedings and not necessitate the filing of unnecessary pleadings or motions, the Parties desire to postpone the issue whether the filing of the Counterclaim, or the anticipated Amended Counterclaim, without leave of court, is proper.  If Defendant's motion to dismiss is denied, and Defendant is required to answer the Amended Complaint, then the dispute is moot.  A counterclaim in conjunction with an answer does not require leave of court.

8.  For these reasons, the Parties hereby stipulate that Plaintiff's response to any counterclaim shall not be due until 30 days after Defendant files its answer to the Amended Complaint, or any amendment thereto, or 30 days after Defendant makes a written demand that Plaintiff respond thereto, whichever comes first.

**AGREED:**

Dated:  August 30, 2023          EDLIN GALLAGHER HUIE + BLUM

                                 By: ___/s/ Fred M. Blum_____
                                     FRED M. BLUM
                                     Attorney for Plaintiff
                                     JANUS ET CIE

Dated:  August 30, 2023          LAW OFFICES OF STEPHEN S. SMITH, P.C

                                 By: ___/s/ Stephen S. Smith_____
                                     STEPHEN S. SMITH
                                     Attorney for Defendant
                                     JANICE FELDMAN

5441155

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 30, 2023      EDLIN GALLAGHER HUIE + BLUM

By: ___/s/ Fred M. Blum_____
　　FRED M. BLUM
　　Attorney for Plaintiff
　　JANUS ET CIE

5441155