FRED M. BLUM (SBN 101586)
fblum@eghblaw.com
LISA M. STEVENSON, ESQ. (SBN 228338)
lstevenson@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

STUART I. FRIEDMAN (Admitted Pro Hac Vice)
sfriedman@friedmanwittenstein.com
IVAN O. KLINE (Admitted Pro Hac Vice)
ikline@friedmanwittenstein.com
JONATHAN D. DAUGHERTY (Pro Hac Vice Application Pending)
jdaugherty@friedmanwittenstein.com
FRIEDMAN & WITTENSTEIN
A Professional Corporation
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Telephone: (212) 750-8700
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Plaintiff
JANUS ET CIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANUS ET CIE,<br><br>           Plaintiff,<br><br>     vs.<br><br>JANICE FELDMAN,<br><br>           Defendants. | Case No. 2:23-cv-06000-PA-AS<br><br>**ORDER REGARDING TIMING OF PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTERCLAIM AND ORDER** |

5441155

1

GOOD CAUSE SHOWING, it is ordered that Plaintiff's response to Defendant's Counterclaim, or any Amended Counterclaim shall not be due until 30 days after Defendant files its answer to the Amended Complaint.

Dated:  August 31, 2023

_____
Percy Anderson
United States District Judge