# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-6000 PA (ASx) | Date | August 31, 2023 |
|---|---|---|---|
| Title | Janus Et Cie v. Janice Feldman | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS – COURT ORDER

     Before the Court is a Motion to Dismiss filed by defendant Janice Feldman (Docket No. 24). Plaintiff Janus Et Cie ("Plaintiff") filed a First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). As a result of the filing of the First Amended Complaint, the Court denies the Motion to Dismiss as moot.

     IT IS SO ORDERED.